IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRUCE CATON, | ) | |
| | ) | |
| Petitioner, | ) | 4:15CV3121 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |

This matter is before the court on Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 19). Petitioner filed a Notice of Appeal (Filing No. 18) on July 25, 2016. Petitioner appeals from the court's Judgment dated July 7, 2016. (Filing No. 17.) Upon review of Petitioner's Motion for Leave to Appeal in Forma Pauperis, the court finds Petitioner is entitled to proceed in forma pauperis on appeal.

IT IS ORDERED that:

1. Petitioner's Motion for Leave to Appeal in Forma Pauperis (Filing No. 18) is granted.

2. The clerk's office is directed to provide the Eighth Circuit Court of Appeals with a copy of this order.

DATED this 25th day of July, 2016.

BY THE COURT:

S/ *Richard G. Kopf*
Senior United States District Judge